

# FELONY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATIONS OF THE FEDERAL
CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. | **22-75** |
| v. | * SECTION: | **SECT. L MAG. 3** |
| HERBERT COOPER | * VIOLATIONS: | 18 U.S.C. § 2 |
| | | 18 U.S.C. § 922(g)(1) |
| | * | 18 U.S.C. § 924(a)(2) |
| | | 18 U.S.C. § 924(c)(1)(A)(i) |
| | * | 21 U.S.C. § 841(a)(1) |
| | | 21 U.S.C. § 841(b)(1)(C) |
| | * | 21 U.S.C. § 841(b)(1)(D) |

\*   \*   \*

The Grand Jury charges that:

## COUNT 1
(Possession with Intent to Distribute a Controlled Substance)

On or about March 13, 2022, in the Eastern District of Louisiana, the defendant, **HERBERT COOPER**, knowingly and intentionally possessed with the intent to distribute a quantity of a mixture and substance containing a detectable amount of 3,4-Methylenedioxymethamphetamine, that is ecstasy, a Schedule I controlled Substance, and a

```
__Fee_____USA_____
__Process_____
X_Dktd_____
__CtRmDep_____
__Doc.No._____
```

quantity of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

## COUNT 2
### (Possession of a Firearm in Furtherance of Drug Trafficking Crime)

On or about March 13, 2022, in the Eastern District of Louisiana, the defendant, **HERBERT COOPER**, did knowingly possess a firearm, that is a Glock 23, .40 caliber semi-automatic handgun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, as charged in Count 1, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3
### (Possession of a Firearm by a Convicted Felon)

On or about March 13, 2022, in the Eastern District of Louisiana, the defendant, **HERBERT COOPER**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on September 19, 2019 in Orleans Parish Criminal District Court, State of Louisiana, Case Number 525-993 "K," for illegal carrying of weapons in violation of LA R.S. 14:95 and Case Number 536-273 "L," for illegal carrying of weapons in violation of LA R.S. 14:95; a conviction on July 24, 2018 in the District Court for the 22nd Judicial District of Louisiana, Case Number 18-2592 "C" for possession with intent to distribute marijuana in violation of LA R.S. 40:966; and a conviction on September 17, 2018 in Orleans Parish Criminal District Court, State of Louisiana, Case Number 539-961 "B," for possession of marijuana greater than 14 grams in violation of LA R.S. 40:966 and possession of cocaine in violation of LA R.S 40:967; did knowingly possess a firearm, that is a Glock 23, .40 caliber semi-automatic handgun, bearing serial number BUGE603, said firearm having been in

and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4
### (Possession of a Firearm by a Convicted Felon)

On or about March 23, 2022, in the Eastern District of Louisiana, the defendant, **HERBERT COOPER**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on September 19, 2019 in Orleans Parish Criminal District Court, State of Louisiana, Case Number 525-993 "K," for illegal carrying of weapons in violation of LA R.S. 14:95 and Case Number 536-273 "L," for illegal carrying of weapons in violation of LA R.S. 14:95; a conviction on July 24, 2018 in the District Court for the 22nd Judicial District of Louisiana, Case Number 18-2592 "C" for possession with intent to distribute marijuana in violation of LA R.S. 40:966; and a conviction on September 17, 2018 in Orleans Parish Criminal District Court, State of Louisiana, Case Number 539-961 "B," for possession of marijuana greater than 14 grams in violation of LA R.S. 40:966 and possession of cocaine in violation of LA R.S 40:967; did knowingly possess a firearm, that is a Smith & Wesson, .38 Special revolver, said firearm having been in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 4 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **HERBERT COOPER**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained directly or indirectly, as the

result of said offense, and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of said offense, including but not limited to any of the following:

    $2,300.00 in United States currency;

    $12,000.00 in United States currency;

    Two (2) $900.00 Western Union Money Orders;

3. As a result of the offenses alleged in Counts 2 through 4, the defendant, **HERBERT COOPER,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any of the following:

    Glock 23, .40 caliber semi-automatic handgun with an extended magazine, bearing serial number BUGE603;

    Smith & Wesson, .38 Special revolver, with an obliterated serial number;

    One (1) standard magazine for a Glock 23 handgun;

    One (1) extended magazine for a Glock 23 handgun.

4. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

CHARLES D. STRAUSS
Assistant United States Attorney
Louisiana Bar Roll No. 36039

New Orleans, Louisiana
April 22, 2022

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _District of_ Louisiana

_____ Criminal _____ _Division_

## THE UNITED STATES OF AMERICA

vs.

## HERBERT COOPER

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES AND THE FEDERAL GUN CONTROL ACT

VIOLATIONS: 18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(c)(1)(A)(i)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 841(b)(1)(D)

A _____
_Foreperson_

Filed in open court this _____ day of _____ A.D. 2022.

_____
_Clerk_

Bail, $ _____

_____
CHARLES D. STRAUSS
ASSISTANT UNITED STATES ATTORNEY