PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

CASE NO. **22-75 SECT. L MAG. 3**

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: HERBERT COOPER

Address:

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA   EASTERN Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** Michael Chen
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3123

**Name of Asst. U.S. Attorney (if assigned):** Charles D. Strauss

☐ Interpreter Required   Dialect: _____

Birth Date: 1995
☑ Male  ☐ Female
☐ Alien (if applicable)

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):**
Chad D. Cockerham, FBI Task Force Officer

Social Security Number: xxx-xx-4081

☐ person is awaiting trial in another Federal or State Court (give name of court)

### DEFENDANT

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ Currently in Federal Custody
☑ Currently in State Custody
  ☑ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

MAG. JUDGE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

**Place of offense:** New Orleans, Louisiana   **County:** Orleans Parish

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 4 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 21, U.S.C., § 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D) | Possession with Intent to Distribute a Controlled Substance | 1 |
| 4 | Title 18, U.S.C., § 924(c)(1)(A)(i) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | 1 |
| 4 | Title 18, U.S.C., § 922(g)(1) and 924(a)(2) | Possession of a Firearm by a Convicted Felon | 1 |
| 4 | Title 18, U.S.C., § 922(g)(1), 924(a)(2), and 2 | Possession of a Firearm by a Convicted Felon | 1 |