*TO:  DOCKET CLERK*

*_MAGISTRATE CASE NUMBER*

*OR*

*X  NO MAGISTRATE PAPERS WERE FOUND*

*for*

*NAME:  HERBERT COOPER*

*Initials:    CMS*

If you receive this note without any initials,

please return the entire packet to criminal desk .

Thank you