UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 22-075 |
| HERBERT COOPER | * | SECTION: "L" |

## EX-PARTE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF NEW COUNSEL

**COMES NOW** First Assistant Federal Public Defender Valerie Welz Jusselin, who, being present counsel of record for defendant Herbert Cooper in the above entitled and numbered proceeding, respectfully moves this Honorable Court for the entry of an order granting the Office of the Federal Public Defender leave to withdraw as counsel of record in the instant proceeding; said order to further direct the appointment of Judson Mitchell, Esquire, a member of the Criminal Justice Act Panel, as new counsel for the defendant in his case. As grounds for this motion, present counsel shows that:

Counsel for defendant avers that the interest of the defendant, and the ends of justice would best be served by permitting present counsel to withdraw as counsel of record in this matter, at which time Judson Mitchell, Esquire will be appointed to represent defendant in this matter.

Respectfully submitted, this 10th day of April, 2023.

         CLAUDE J. KELLY
         Federal Public Defender

         /s/Valerie Welz Jusselin
         VALERIE WELZ JUSSELIN
         First Assistant Federal Public Defender
         500 Poydras Street, Suite 318
         Hale Boggs Federal Building
         New Orleans, Louisiana 70130
         Telephone: (504) 589-7930

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 10, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: All counsel of record.   I further certify that emailed the foregoing document and the notice of electronic filing to the following non-CM/ECF participants: N/A.

                                             /s/Valerie Welz Jusselin
                                             VALERIE WELZ JUSSLIN
                                             First Assistant Federal Public Defender